UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ADRIAN JOHNSON ) | |
| ) | |
| v. ) | Cause No. 1:21-CR-17-HAB |
| ) | (1:25-CV-28-HAB) |
| UNITED STATES OF AMERICA ) | |

**OPINION AND ORDER**

Presently before the court is Petitioner Adrian Johnson's ("Johnson") "Motion to Proceed In Forma Pauperis" on appeal [ECF No. 124], Johnson is appealing this Court's July 29, 2025, Order denying his petition for relief under 28 U.S.C. §2255, denying him a certificate of appealability and the entry of judgment on that Order. [ECF Nos. 113, 114]. Towards that end, Johnson filed a notice of appeal on August 28, 2025.

As a threshold matter, an appeal may not be taken *in forma pauperis* if the court determines that the appeal is not in good faith. 28 U.S.C. § 1915(a)(3). To determine that an appeal is in good faith, a court need only find that a reasonable person could suppose that the appeal has some merit. *Walker v. O'Brien,* 216 F.3d 626, 632 (7th Cir. 2000); *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

As set forth in this Court's July 2025 Opinion and Order, Johnson's §2255 petition was based on his assertion that counsel was ineffective by failing to challenge the indictment or object to the drug purity. He also asserted that his guilty plea was involuntary because counsel failed to properly advise him. However, the Court soundly rejected these arguments based upon the substantial record in the case and determined that counsel's performance fell within the range of competent representation. Thus, given the discussion in this Court's Opinion and Order denying his petition under §2255, it cannot be said that the issues presented in Johnson's §2255 petition

(and presumably on appeal) could be mistaken by a reasonable person as having any merit. Accordingly, the court concludes that Johnson's appeal is not taken in good faith. Johnson's request to proceed IFP on appeal is DENIED.

## **CONCLUSION**

Johnson's appeal is not taken in good faith and his request to proceed IFP on appeal is DENIED. [ECF No. 124].

SO ORDERED on October 1, 2025.

                                                                    s/ *Holly A. Brady*
                                                                    CHIEF JUDGE HOLLY A. BRADY
                                                                    UNITED STATES DISTRICT COURT

Cc:    Seventh Circuit Court of Appeals
          Cause No. 25-2519